IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 15-CV-00313-CMA-CBS

JOHN E. FARRELL and
ESTATE OF LOIS K. FARRELL,

Plaintiffs,

vs.

LIBERTY LIFE INSURANCE COMPANY
n/k/a ATHENE ANNUITY & LIFE
ASSURANCE COMPANY,

Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Stipulation of Dismissal With Prejudice (Doc. # 16), signed by the attorneys for the parties hereto, it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay its own attorney fees and costs. It is

FURTHER ORDERED that Defendant Liberty Life Insurance Company is discharged from any and all further liability whatsoever arising under or relating in any way to Liberty Life Insurance Company Certificate No. 004697712S.

DATED:  April ___14___, 2015

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge